Harold Black, Appellant, *v.* Vincent R. Impellitteri et al., Respondents.

Submitted May 18, 1953; decided May 29, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 305 N. Y. 724.]

Edward R. Carman et al., Appellants, *v.* Walter C. Hewitt et al., Respondents.

Submitted May 18, 1953; decided May 29, 1953.

Motion to amend remittitur denied. [See 305 N. Y. 718.]